UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY FOX,

      Plaintiff,                               Case No. 16-cv-10462
                                              Hon. Matthew F. Leitman

v.

NEXTEER AUTOMOTIVE CORP.,

      Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO STRIKE EXPERT REPORT (ECF #13)

On December 14, 2016, the Court held a hearing on Defendant's motion to strike the expert report of Plaintiff's expert Dr. Frank P. Stafford (the "Motion to Strike"). (*See* ECF #13.) For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that the Motion to Strike is **DENIED**.

**IT IS FURTHER ORDERED** that all dates with respect to expert discovery, expert disclosure (by Defendant), and expert motion practice are **ADJOURNED** until further order from the Court. The Court will issue new dates for expert discovery, expert disclosure (by Defendant), and expert motion practice, if necessary, following the resolution of Defendant's forthcoming summary judgment motion.

**IT IS SO ORDERED.**

                                               s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
Dated: December 14, 2016           UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 14, 2016, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (313) 234-5113